# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRECK SMITH, | ) | |
| | ) | |
| Petitioner, | ) | 2:10-CV-01596-PMP-PAL |
| | ) | |
| vs. | ) | |
| | ) | ORDER DISMISSING PETITION |
| ANTHONY SCILLIA, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

This is an action initiated by Breck Smith, a state prisoner, who has submitted a petition for writ of habeas corpus and an application to proceed *in forma pauperis*. Based on the financial information submitted with the latter submission, the application was denied and Smith was directed to pay the $5 filing fee or renew his application for *in forma pauperis* status showing a change in his financial condition. Despite being given additional time to comply with the Court's order, Smith has neither paid the filing fee or renewed his application.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice. The Clerk shall enter judgment accordingly.

DATED: November 17, 2010.

*[signature]*

PHILIP M. PRO
United States District Judge