# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRECK SMITH, | ) | |
| Petitioner, | ) | 2:10-CV-01596-PMP-GWF |
| vs. | ) | |
| | ) | ORDER |
| ANTHONY SCILLIA, *et al.,* | ) | |
| Respondents. | ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se.* On February 3, 2011, petitioner filed a motion for an extension of time to file their response to the petition (ECF No. 17). Good cause appearing, petitioner's motion is **GRANTED.** Petitioner is granted to and including May 2, 2011, to file his response to the motion to dismiss.

DATED: February 4, 2011.

                                                   _____
PHILIP M. PRO
United States District Judge