1
2
3
4                    **UNITED STATES DISTRICT COURT**
5                        **DISTRICT OF NEVADA**
6
7   BRECK W. SMITH,                    )
                                       )        2:10-cv-01596-PMP-GWF
8              Petitioner,             )
                                       )        **ORDER**
9   vs.                                )
                                       )
10  ANTHONY SCILLIA, *et al.*,         )
                                       )
11             Respondents.            )
    _____/
12
13          Respondents have filed a motion for an extension of time in which to file an answer to the
14  amended petition for a writ of habeas corpus.  (ECF No. 22).  Respondents seek a 45-day
15  enlargement of time, up to and including September 15, 2011, to file an answer.  Having reviewed
16  the motion and good cause appearing, respondents' motion is granted.
17          **IT IS THEREFORE ORDERED** that respondents' motion for an extension of time (ECF
18  No. 22) is **GRANTED.**  The answer shall be filed on or before **September 15, 2011.**
19
20  DATED: July 5, 2011.
21
22                                        _____
23                                        PHILIP M. PRO
                                          United States District Judge
24
25
26